

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00646-CV

**IN THE INTEREST OF J.A.R. JR., J.R.R. AND A.I.T.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02660
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due on September 20, 2018. On September 26, 2018, the court reporter filed a notification of late record requesting an extension of time to file the reporter's record until October 12, 2018. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than October 12, 2018. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**


Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

KEITH E. HOTTLE,
Clerk of Court